# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom and CRST Specialized Transportation, Inc., | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00016-JMS-MJD |
| LUX HOLDINGS, LLC and EMMANUEL RAMOS, | )<br>) |
| Defendants. | ) |
| DIEDRA BAKER, Personal Representative Of the Estate of Carey Wayne Baker, and IAN WINDOM, | )<br>)<br>) |
| Consolidated Plaintiffs, | ) |
| vs. | ) |
| EMMANUEL RAMOS, LUX HOLDINGS, LLC, TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., and ACE AMERICAN INSURANCE CO., | )<br>)<br>)<br>) |
| Consolidated Defendants | ) |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff, Transguard Insurance Company of America, Inc. as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom and CRST Specialized Transportation, Inc. ("Plaintiff"), Consolidated Plaintiffs, Diedra Baker, as Personal Representative of the Estate of Carey Wayne Baker and Ian Windom (collectively "Consolidated Plaintiffs"), and Defendants,

Emmanuel Ramos, Lux Holdings, LLC, Transguard Insurance Company of America, Inc. and ACE American Insurance Company, by their respective counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of Consolidated Plaintiffs' claims against Defendant, ACE American Insurance Company, only, with each party bearing its own costs and expenses, including but not limited to attorney's fees. This cause shall remain pending as to all other claims and parties.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| HOVDE DASSOW + DEEETS, LLC | FROST BROWN TODD LLP |
| /s/ Nicholas C. Deets (*w/permission*) | /s/ Todd D. Small |
| Nicholas C. Deets, #17293-53 | Robert B. Thornburg, #19594-02 |
| 10201 North Illinois Street, Suite 500 | Todd D. Small, #28783-49 |
| Indianapolis, Indiana 46290 | 111 Monument Circle, Suite 4500 |
| T: (317) 818-3100 | PO Box 44961 |
| E: ndeets@hovdelaw.com | Indianapolis, Indiana 46244 |
| *Attorney for Plaintiffs Diedra Baker as Personal Representative of the Estate of Carey Wayne Baker and Ian Windom* | T: (317) 237-3800 |
| | E: rthornburg@fbtlaw.com |
| |    tsmall@fbtlaw.com |
| | *Attorneys for Defendant ACE American Insurance Company* |

| Respectfully submitted, | Respectfully submitted |
|---|---|
| LEWIS WAGNER, LLP | JOHNSON & BELL, P.C. |

| /s/ Richard K. Shoultz (*w/permission*) | /s/ Kyle J. Farris (*w/permission*) |
|---|---|
| Richard K. Shoultz, #155558-73 | Edward W. Hearn, # 18691-64 |
| John J. DeRoss, # 34563-49 | Kyle J. Farris, # 35820-64 |
| 1411 Roosevelt Avenue, Suite 102 | 11041 Broadway |
| Indianapolis, Indiana 46201 | Crown Point, Indiana 46307 |
| T: (317) 237-0500 | T: (219) 791-1900 |
| E: rshoultz@lewiswagner.com | E: farrisk@jbltd.com |
|    jdeross@lewiswagner.com |    hearne@jbltd.com |
| *Attorneys for Defendants Emmanuel Ramos and Lux Holdings, LLC* | *Attorneys for Defendant Transguard Insurance Company of America, Inc.* |

Respectfully submitted,

KOLB CLARE & ARNOLD, PSC


__
/s/ Linda H. Clare (*w/permission*)
Linda H. Clare, #27534-22
9400 Williamsburg Plaza, Suite 200
Louisville, Kentucky 40222
T: (502) 614-4086
E: lclare@kcalegal.com
*Attorney for Plaintiff, Transguard*
*Insurance Company of America, Inc.*
*as Subrogee of C.W. Baker Logistics, Inc., Carey*
*Wayne Baker, Ian Windom and CRST*
*Specialized Transportation, Inc.*

0143288.0741694   4882-6716-5559v1