UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., *as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom, and CRST Specialized Transportation, Inc.*, <br><br> Plaintiff, <br><br> v. <br><br> LUX HOLDINGS, LLC and EMMANUEL RAMOS, <br><br> Defendants. <br><hr> DIEDRA BAKER, *Personal Representative of the Estate of Carey Wayne Baker,* and IAN WINDOM, <br><br> Consol. Plaintiffs, <br><br> v. <br><br> EMMANUEL RAMOS, LUX HOLDINGS, LLC, and TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., <br><br> Consol. Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.:  2:23-cv-00016-JMS-MJD ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

Come now Plaintiffs, Transguard Insurance Company of America, Inc. as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom and CRST Specialized Transportation, Inc., Deidra Baker, Personal Representative of the Estate of Carey Wayne Baker, and Ian Windom, by their respective counsel, and Defendants, Emmanuel Ramos and Lux Holdings, LLC, by counsel, do stipulate and agree that the above-entitled causes of action should

be dismissed, with prejudice, as to Emmanuel Ramos and Lux Holdings, LLC, only, the same being fully compromised and settled, costs paid.

|  |  |
|---|---|
| KOLB CLARE & ARNOLD, PSC | LEWIS WAGNER, LLP |
| By: *s/ Linda H. Clare*<br>Linda H. Clare<br>9400 Williamsburg Plaza, Suite 200<br>Louisville, KY 40222<br>lclare@kcalegal.com<br>***Counsel for Plaintiff, Transguard Insurance Co. of America, Inc.*** | By: *s/ Richard K. Shoultz*<br>Richard K. Shoultz, #15558-73<br>John J. DeRoss, Jr., #34563-49<br>1411 Roosevelt Avenue, Suite 102<br>Indianapolis, IN 46201<br>rshoultz@lewiswagner.com<br>jdeross@lewiswagner.com<br>***Counsel for Emmanuel Ramos and Lux Holdings, LLC*** |
| HOVDE DASSOW + DEETS LLC |  |
| By: *s/ Nicholas C. Deets*<br>Nicholas C. Deets, #17293-53<br>10201 North Illinois Street, Suite 500<br>Indianapolis, IN 46290<br>ndeets@hovdelaw.com<br>***Counsel for Plaintiffs Diedra Baker, as Personal Representative of the Estate of Carey W. Baker and Ian Windom*** |  |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 28, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Linda H. Clare<br>KOLB CLARE & ARNOLD, PSC<br>9400 Williamsburg Plaza, Suite 200<br>Louisville, KY 40222<br>lclare@kcalegal.com<br>***Counsel for Plaintiff, Transguard Insurance Co. of America, Inc.*** | Nicholas C. Deets<br>HOVDE DASSOW + DEETS LLC<br>10201 North Illinois Street, Suite 500<br>Indianapolis, IN 46290<br>ndeets@hovdelaw.com<br>***Counsel for Plaintiffs Diedra Baker, as Personal Representative of the Estate of Carey W. Baker and Ian Windom*** |
| Kyle J. Farris<br>Edward W. Hearn<br>JOHNSON & BELL, P.C.<br>11041 Broadway<br>Crown Point, IN 46307<br>farrisk@jbltd.com<br>hearne@jbltd.com<br>***Counsel for Transguard Insurance Co. of America, Inc.*** | |

               *s/ Richard K. Shoultz*
               RICHARD K. SHOULTZ

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Main: 317-237-0500
Fax: 317-630-2790
rshoultz@lewiswagner.com
jdeross@lewiswagner.com