# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom, and CRST Specialized Transportation, Inc., <br>     Plaintiff, <br> v. <br> LUX HOLDINGS, LLC and EMMANUEL RAMOS, <br>     Defendants. | No.2:23-cv-00016-JMS-MJD |
| DIEDRA BAKER, Personal Representative of the Estate of Carey Wayne Baker, and IAN WINDOM, <br>     Consol. Plaintiffs, <br>  v. <br> EMMANUEL RAMOS, LUX HOLDINGS, LLC, TRANSGUARD INSURANCE COMPANY OF AMERICA,   INC., and ACE AMERICAN INSURANCE CO., <br>     Consol. Defendants. | |

## **JOINT NOTICE OF TENTATIVE SETTLEMENT OF ALL CLAIMS**

Plaintiffs Diedra Baker, personal representative of the Estate of Carey Wayne Baker, and Ian Windom, by undersigned counsel, and Defendant TransGuard Insurance Company of America, Inc., by undersigned counsel, respectfully represent to this Court that the Parties have reached a tentative settlement agreement as to all claims, including any claims related to the Court's pending Rule to Show Cause. The Parties will notify the Court upon completion of the terms of the tentative settlement agreement and once the settlement has been finalized.

| | |
|---|---|
| Respectfully submitted, <br> HOVDE DASSOW + DEETS, LLC <br><br> /s/Nicholas C. Deets <br> Nicholas C. Deets, #17293-53 <br> 10201 N. Illinois Street, Suite 500 <br> Indianapolis, IN 46204 <br> 317/634-0300 <br> ndeets@hovdelaw.com <br> *Counsel for Plaintiffs* | Respectfully submitted, <br> JOHNSON & BELL, P.C. <br><br> /s/ Edward W. Hearn <br> Edward W. Hearn, #18691-64 <br> 11041 Broadway <br> Crown Point, IN 46307 <br> 219/791-1900 <br> hearne@jbltd.com <br> *Counsel for Defendant TransGuard* |

## CERTIFICATE OF SERVICE

      I certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the Southern District of Indiana, Indianapolis Division, using the CM/ECF system and that the foregoing document was served upon all counsel of record.

                                                             /s/ Edward W. Hearn  
                                                             Edward W. Hearn, #18691-64