# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., as Subrogee of C.W. Baker Logistics, Inc., Carey Wayne Baker, Ian Windom, and CRST Specialized Transportation, Inc.,<br>    Plaintiff,<br>v.<br>LUX HOLDINGS, LLC and EMMANUEL RAMOS,<br>    Defendants. | |
| DIEDRA BAKER, Personal Representative of the Estate of Carey Wayne Baker, and IAN WINDOM,<br>    Consol. Plaintiffs,<br> v.<br>EMMANUEL RAMOS, LUX HOLDINGS, LLC, TRANSGUARD INSURANCE COMPANY OF AMERICA,   INC., and ACE AMERICAN INSURANCE CO.,<br>    Consol. Defendants. | No.2:23-cv-00016-JMS-MJD |

## ORDER OF DISMISSAL

Consolidated Plaintiffs Diedra Baker, personal representative of the Estate of Carey Wayne Baker, and Ian Windom, by undersigned counsel, and Consolidated Defendant TransGuard Insurance Company of America, Inc., by undersigned counsel, have stipulated that the terms of the tentative settlement agreement have been met and that this cause of action should be dismissed with prejudice [97].

The Court, being duly advised, now ORDERS that the above cause of action be dismissed with prejudice.

SO ORDERED.

Date: 2/22/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

*Distribution:*
Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.